JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMONT GIBSON,<br><br>          Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON, CDCR Secretary,[1]<br><br>          Respondent. | Case No. CV 22-4267 SB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: November 29, 2022

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Kathleen Allison, Secretary of California Department of Corrections and Rehabilitation (CDCR), is substituted for the "Superior Court of California," the Respondent named in the Petition. Fed. R. Civ. P. 25(d).